# EXHIBIT B

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Arnesia Thomas, Pascha Perkins, and Vernita Faison, individually and as a representative of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WALMART INC.<br><br>and<br><br>WAL-MART STORES, INC.<br><br>    Defendants. | Case No. 1:23-cv-05315<br><br>CLASS ACTION COMPLAINT<br><br>DEMAND FOR JURY TRIAL |

## VENUE DECLARATION

I, Vernita Faison, declare as follows:

  1.  I am a Plaintiff in this action.

  2.  I have personal knowledge of the matters set forth below, except to those matters stated herein that are based on information and belief which are matters I believe to be true.

  3.  If called as a witness, I could and would competently testify to the matters included herein.

  4.  I purchased Walmart's Hotel Style Sheets that are made using a cotton and polyester blended fabric and that Walmart advertises as 800 thread count ("Hotel Style Sheets") in size "Queen" as described in the Complaint.

  5.  I am informed and believe that venue is proper in this Court under California Civil Code Section 1780(d) based on the fact that I purchased the Hotel Style Sheets based on

misrepresentations and omissions about its thread count on its packaging, labeling, and/or advertising, and that the Defendants that manufactures, labels, distributes, advertises, and sells these products conduct business in this county.

      I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge. Executed 11/6/2023 at Sacramento, California.

*Vernita Faison*
Vernita Faison